JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DLJ MORTGAGE CAPITAL INC., | ) | CV 09-02017-MMM(DTBx) |
| | ) | |
| Plaintiff(s), | ) | ORDER OF DISMISSAL FOR |
| | ) | LACK OF PROSECUTION |
| vs | ) | |
| | ) | (Pursuant to Local Rule 41) |
| DIANA IBARRIA, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

On November 18, 2009, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution.

A written response to the Order to Show Cause was ordered to be filed no later than <u>November 25, 2009</u>.

No response having been filed to the Court's Order to Show Cause,

IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

Dated: December 8, 2009

_Margaret M. Morrow_
_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE